## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number:                       Assigned/Issued By: AEE

Judge Name:                         Designated Magistrate Judge: ASHMAN

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00

                   ☐ IFP          ☐ No Fee    ☐ Other _____

                   ☐ $455.00

Number of Service Copies _____      Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____            Receipt #: _____

Date Payment Rec'd: _____       Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                            ☐ Alias Summons

☐ Third Party Summons             ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

                                         _____
                                         (Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____          ☐ Other _____
        (Type of Writ)                           (Type of issuance)

_____ Original and _____ copies on _____ as to _____
                                            (Date)

_____

_____