## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 08 CV 4076

SHEET METAL WORKERS LOCAL 265 WELFARE FUND,
et al. v. SPIEKHOUT HEATING, INC., an Illinois corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Spiekhout Heating, Inc., an Illinois corporation defendant.

| NAME (Type or print) |  |
| --- | --- |
| William P. Drew III |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ William P. Drew III |  |
| FIRM |  |
| William P. Drew III Counselor at Law |  |
| STREET ADDRESS |  |
| 7622 West 159th Street |  |
| CITY/STATE/ZIP |  |
| Orland Park, IL 60462 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6201098 | 708-429-3114 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |  |
| RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |  |